IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSE LOPEZ**, On behalf of Plaintiff and the class Described herein, | ) ) ) ) |
| Plaintiff, | ) Case No. 1:23-cv-02063 ) |
| v. | ) **Rule 7.1 Corporate Disclosure Statement** ) |
| **BANK OF ORRICK** And **KENDALL BANK**, | ) ) ) |
| Defendants. | ) |

### DEFENDANT BANK OF ORRICK'S CORPORATE DISCLOSURE

Defendant Bank of Orrick makes the following disclosures, pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Bank of Orrick have a parent corporation?

    Yes.

    If yes, the parent corporation is: Northeast Kansas Bancshares, Inc.

2. Is 10% or more of the stock of Northeast Kansas Bancshares, Inc. owned by a publicly held corporation?

    No.

Respectfully Submitted,

*/s/* Andrew J. Scavotto
Andrew J. Scavotto, Ill. Bar #6288575
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Tel: (314) 719-3048
Fax: (314) 259-3959
Andrew.scavotto@stinson.com

CORE/3522882.0026/180892940.1

        George F. Verschelden
        Michelle A. Fox
        **STINSON LLP**
        1201 Walnut, Suite 2900
        Kansas City, MO 64106
        Telephone: (816) 842-8600
        Facsimile: (816) 691-3495
        George.verschelden@stinson.com
        Michelle.fox@stinson.com

        ATTORNEYS FOR DEFENDANTS BANK OF ORRICK AND KENDALL BANK

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above and foregoing was served via United States mail, postage prepaid, this 31st day of March, 2023 to:

    Daniel A. Edelman
    Tara L. Goodwin
    Matthew J. Goldstein
    EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
    20 South Clark Street, Suite 1500
    Chicago, IL 60603

                                            */s/* Andrew J. Scavotto
                                            Attorney for Defendants