# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **JOSE LOPEZ**, On behalf of Plaintiff and the class Described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23-cv-02063 |
| v. | ) ) | **Rule 7.1 Corporate Disclosure Statement** |
| **BANK OF ORRICK** And **KENDALL BANK**, | ) ) ) ) | |
| Defendants. | ) | |

## <u>DEFENDANT KENDALL BANK'S CORPORATE DISCLOSURE</u>

Defendant Kendall Bank makes the following disclosures, pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Kendall Bank have a parent corporation?

   Yes.

   If yes, the parent corporation is: Northeast Kansas Bancshares, Inc.

2. Is 10% or more of the stock of Northeast Kansas Bancshares, Inc. owned by a publicly held corporation?

   No.

Respectfully Submitted,

/s/ Andrew J. Scavotto
Andrew J. Scavotto, Ill. Bar #6288575
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Tel:  (314) 719-3048
Fax:  (314) 259-3959
Andrew.scavotto@stinson.com

George F. Verschelden
Michelle A. Fox
**STINSON LLP**
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
George.verschelden@stinson.com
Michelle.fox@stinson.com

ATTORNEYS FOR DEFENDANTS BANK OF ORRICK AND KENDALL BANK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was served via United States mail, postage prepaid, this 31st day of March, 2023 to:

Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603

_____/s/ Andrew J. Scavotto_____
Attorney for Defendants

CORE/3522882.0026/180892804.1